UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 10-14266 |
| LEO FRANKLIN | SECTION: A |
| ANITA FRANKLIN | |
| DEBTORS | CHAPTER 13 |

## ORDER

This matter came before the Court on June 21, 2011 on the Debtors' Motion to Vacate Order Dismissing Case.

Present at the hearing were Mark Needham, on behalf of Timothy P. Kirkpatrick, Counsel for debtors and Andrew Wiebelt, II, Counsel for the Chapter 13 Trustee.

After considering the pleadings and the argument of counsel, the Court being of the opinion that the relief sought is in the best interest of the debtors, the creditors, and the estate and that no objections have been filed;

**IT IS ORDERED,** that the Debtor's Motion is GRANTED and the Order Dismissing Case is VACATED and the bankruptcy case is reinstated.

**IT IS FURTHER ORDERED** that the automatic stay is in full force and effect until further order of the Court.

New Orleans, Louisiana, June 24, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge