**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **LEO FRANKLIN** | **10-14266** |
| **ANITA FRANKLIN** | |
| DEBTOR(S) | SECTION "A" |
| | CHAPTER 13 |

# ORDER REDUCING ATTORNEY'S COMPENSATION

      For the reasons orally assigned at the hearing held June 21, 2011 on the Debtors' Motion to Vacate Order Dismissing Case;

      **IT IS ORDERED** that attorney compensation for Timothy P. Kirkpatrick, Counsel for Debtor, is reduced by $250.00 for failure to timely file objections to proofs of claim and for the delay of confirmation of debtors' chapter 13 plan.

      New Orleans, Louisiana, June 24, 2011.

      Hon. Elizabeth W. Magner
      U.S. Bankruptcy Judge